UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nancy J. Amantea, *et al.*, | : | Case No. _____ |
| Plaintiffs, | : | Judge _____ |
| v. | : | |
| David A. Dadante, *et al.*, | : | **NOTICE OF REMOVAL** |
| Defendants. | : | |

Pursuant to 28 U.S.C. § 1446, Defendant Pershing, LLC ("Pershing") gives notice of the removal of the above action to the United States District Court for the Northern District of Ohio. In support of this notice of removal, Pershing states as follows:

1. On or about October 10, 2007, Plaintiff Nancy J. Amantea, et. al. ("Plaintiffs"), filed an action against Pershing and 11 other Defendants in the Cuyahoga County Court of Common Pleas. A copy of the complaint is attached as Exhibit A.

2. Plaintiffs' complaint alleges violations of § 10(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 10j(b) and Securities and Exchange Commission Rule 10b-5, 17 C.F.R. 240.10b-5, (Compl. ¶¶ 20, 21, 22 and 23), of § 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t (Compl. ¶¶ 25 and 26), and the Racketeering Influenced and Corporate Organization Act, 18 U.S.C. § 1961 et seq., (Compl. ¶¶ 28 and 29); therefore, federal question jurisdiction exists under 28 U.S.C. § 1331.

3. Supplemental jurisdiction exists over Plaintiffs' state common law fraud claim as that claim is so related to Plaintiffs' federal statutory claims that they form part of the same case or controversy under 28 U.S.C. § 1367(a).

4. The summons and complaint have not yet been served on Pershing.

5. Upon information and belief, the other named Co-Defendants have not yet been served. Moreover, counsel has not yet entered an appearance on their behalf. A copy of the docket is attached as Exhibit B. As a result, consent of the other Co-Defendants is unnecessary pursuant to 28 U.S.C. § 1446(b).

6. Pershing has filed a notice of filing notice of removal with the Cuyahoga County Court of Common Pleas, which is attached as Exhibit C. A copy of this notice of removal was also filed in the state court.

7. The United States District Court for the Northern District of Ohio is the district court for the district embracing Cuyahoga County, where the state court action is pending. 28 U.S.C. § 115(a)(1).

For each and all of the foregoing reasons, federal jurisdiction exists under 28 U.S.C. § 1331, and removal is appropriate pursuant to 28 U.S.C. § 1441(a).

Respectfully submitted,

/s/ Adam D. Cornett
David H. Wallace (0037210)
dwallace@taftlaw.com
Russell S. Sayre (0047125)
rsayre@taftlaw.com
Adam D. Cornett (0078430)
acornett@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Phone: 216-241-2838
Fax: 216-241-3707

Attorneys for Defendant Pershing, LLC

{K0378945.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2007, the foregoing was filed electronically. Parties may access this filing through the Court's electronic filing system.

I also hereby certify that a true and accurate copy of the foregoing Notice of Removal of Pershing, LLC has been served upon the following this 19th day of October, 2007, via Regular U.S. Mail, postage prepaid, and via Certified Mail:

Michael J. Cheselka, Jr.
Michael J. Cheselka, Jr. LLC
75 Public Square, Suite 920
Cleveland, Ohio 44113-2084
michael@mcheselka.org

Attorney for Plaintiffs

David A. Dadante
4630 Jefferson Court
South Euclid, Ohio 44143
Defendant

Stephen Glantz
c/o Angelo Lonardo, Esq.
75 Public Square, Suite 800
Cleveland, Ohio 44113
Defendant

Advest, Inc.
90 State House Square
Hartford, Connecticut 06103
Defendant

Everin
c/o Wachovia Securities LLC.
Riverfront Plaza
901 East Byrd Street
Richmond, Virginia 23219
Defendant

Ferris Baker Watts, Incorporated
100 Light Street
Baltimore, Maryland 21202
Defendant

John Belgrade
c/o Ferris Baker Watts, Incorporated
100 Light Street
Baltimore, Maryland 21202
Defendant

Mark La Verghetta
c/o Ferris Baker Watts, Incorporated
100 Light Street
Baltimore, Maryland 21202
Defendant

H&R Block Financial Advisors, Inc.
Investor Center
4400 Blue Parkway
Kansas City, Missouri 64130
Defendant

McDonald & Company Investments

Merrill Lynch & Co., Inc.

{K0378945.1}

800 Superior Avenue E  
Cleveland, Ohio 44114  
Defendant

4 World Financial Center  
250 Vesey Street  
New York, NY 10080  
Defendant

Wachovia Securities LLC  
Riverfront Plaza  
901 East Byrd Street  
Richmond, Virginia 23219  
Defendant

/s/ Adam D. Cornett  
One of the Attorneys for Defendant  
Pershing, LLC

{K0378945.1}