FILED

'07 OCT 10  A 0: 23

GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

|  |  |
|---|---|
| Nancy J. Amantea<br>11248 Norton Drive<br>Chesterland, Ohio 44026<br><br>And<br><br>Carmen P. Arrigo<br>11248 Norton Drive<br>Chesterland, Ohio 44026<br><br>And<br><br>Jeffrey H. Berry<br>1894 Surrey Place<br>Gates Mills, Ohio 44040<br>And<br><br>George Bostick IV<br>537 Myrtle Road<br>Naples, Florida 34108<br><br>And<br><br>Steven A. Calabrese<br>1110 Euclid Avenue, Suite 300<br>Cleveland, Ohio 44115<br><br>And | Complaint<br>TIMOTHY MCCORMICK<br>CV 07 638228<br>JUDGE<br><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

$ 110.00 DEPOSITED

OCT 10 2007

SECURE COSTS
GERALD E. FUERST. Clerk of Courts
PER _____ DEPUTY

EXHIBIT

A

Raquel Castro                          )
64 Eldred Avenue                       )
Bedford, Ohio 44146                    )
                                       )
        And                            )
                                       )
Sheldon Gordon                         )
3450 Green Road                        )
Beachwood, Ohio 44122                  )
                                       )
        And                            )
                                       )
CCAG, Ltd.                             )
1110 Euclid Avenue, Suite 300          )
Cleveland, Ohio 44115                  )
                                       )
        And                            )
                                       )
Domenic D. Ciricillo                   )
6091 Castlehill Drive                  )
Highland Heights, Ohio 44143           )
                                       )
        And                            )
                                       )
James M. Ciricillo                     )
6091 Castlehill Drive                  )
Highland Heights, Ohio 44143           )
                                       )
        And                            )
                                       )
Linda Ciricillo                        )
6091 Castlehill Drive                  )
Highland Heights, Ohio 44143           )
                                       )
        And                            )
                                       )
Mary Ciricillo                         )
797 Village Trail                      )
Gates Mills, Ohio 44040                )
                                       )
        And                            )
                                       )
Coffee King, Inc.                      )
c/o Frank Regalbuto                    )
797 Village Trail                      )
Gates Mills, Ohio 44040                )

And                                                          )
                                                            )
                                                            )
Horace Consolo                                              )
8000 Eagle Road                                            )
Kirtland, Ohio 44094                                       )
                                                            )
        And                                                )
                                                            )
John Consolo, Jr.                                          )
777 Village Circle                                         )
Gates Mills, Ohio 44040                                    )
                                                            )
        And                                                )
                                                            )
John Consolo, Sr.                                          )
777 Village Circle                                         )
Gates Mills, Ohio 44040                                    )
                                                            )
        And                                                )
                                                            )
Joseph Consolo                                             )
777 Village Circle                                         )
Gates Mills, Ohio 44040                                    )
                                                            )
        And                                                )
                                                            )
Thomas Consolo                                             )
777 Village Circle                                         )
Gates Mills, Ohio 44040                                    )
                                                            )
        And                                                )
                                                            )
Mary D'Angelo                                              )
1913 East 123rd Street                                )
Cleveland, Ohio 44106                                      )
                                                            )
        And                                                )
                                                            )
Nicole Delauro                                             )
1367 Clearview Road                                        )
Lyndhurst, Ohio 44124                                      )
                                                            )
        And                                                )
                                                            )

3

Susan Russell Giordano )
199 Willow Lane )
Chagrin Falls, Ohio 44022 )

     And )
)
David Koski )
6320 Longspur Road )
Highland Heights, Ohio 44143 )
)
     And )
)
Robert J. Kups )
33411 Cedar Road )
Mayfield Heights, Ohio 44124 )
)
     And )
)
Michael LaMonica )
19608 Thornridge Avenue )
Cleveland, Ohio 44135 )
)
     And )
)
Robert LaMonica )
1534 Rockefeller Road )
Wickliffe, Ohio 44092 )
)
     And )
)
Virginia LaMonica )
9491 Ridgeside Road )
Mentor, Ohio 44060 )
)
     And )
)
Frank Laricca, Jr. )
5130 Parkside Trail )
Solon, Ohio 44139 )
)
     And )
)
Donald Lombardo )
511 Jeanette Road )
Richmond Heights, Ohio 44143 )
)

And                                           )
                                              )
Anthony Lorello                               )
8110 Sandstone Drive                          )
Sagamore Hills, Ohio 44067                    )
                                              )
And                                           )
                                              )
Barbara Madrigal                              )
64 Eldred Avenue                              )
Bedford, Ohio 44146                           )
                                              )
And                                           )
                                              )
Rodrigo Madrigal, Jr.                         )
8003 Goldenrod Lane                           )
Bensalem, Pennsylvania 19020                  )
                                              )
And                                           )
                                              )
Charles J. Magistro                           )
67 Spring Hill Circle                         )
Wayne, New Jersey 07470                       )
                                              )
And                                           )
                                              )
Grace McKibben                                )
1925 East 123rd Street                        )
Cleveland, Ohio 44106                         )
                                              )
And                                           )
                                              )
Barbara Russell Melzer                        )
122 Colony Road                               )
Darien, Connecticut 06820                     )
                                              )
And                                           )
                                              )
James Mitchell                                )
11511 Heath Road                              )
Chesterland, Ohio 44026                       )
                                              )
And                                           )
                                              )
Angela Molitoris                              )
381 West St. Andrews Drive                    )

Highland Heights, Ohio  44143      )
              )
      And                 )
              )
Robert Montanari         )
7632 Westlake Boulevard    )
Kent, Ohio 44240          )
              )
      And                 )
              )
David E. Nager           )
574 Charles Place         )
Highland Heights Ohio 44143   )
              )
      And                 )
              )
Carmen Parise           )
386 West Glen Eagle Drive   )
Highland Heights, Ohio 44143   )
              )
      And                 )
              )
Charles Parise           )
4550 Edmund Drive        )
South Euclid, Ohio 44121     )
              )
      And                 )
              )
Basil Perin, Jr.           )
12060 Parker Drive        )
Chesterland, Ohio 44026    )
              )
      And                 )
              )
Paul Perrotti            )
1414A Golden Gate Boulevard #20  )
Mayfield Heights, Ohio 44124   )
              )
      And                 )
              )
Dan Petrich            )
6220 Inland Shores Drive     )
Mentor, Ohio 44060        )
              )
      And                 )
              )

Frank Regalbuto                                        )
797 Village Trail                                      )
Gates Mills, Ohio 44040                                )
                                                       )
        And                                            )
                                                       )
Frank Regalbuto, Jr.                                   )
31100 Ainsworth Drive                                  )
Pepper Pike, Ohio 44124                                )
                                                       )
        And                                            )
                                                       )
Frank Regalbuto, Jr.   (As Parent and Next Friend      )
of Avalon Regalbuto, a minor)                          )
31100 Ainsworth Drive                                  )
Pepper Pike, Ohio 44124                                )
                                                       )
        And                                            )
                                                       )
Frank Regalbuto, Jr. (as Parent and Next Friend        )
of Delilah Regalbuto., a minor)                        )
31100 Ainsworth Drive                                  )
Pepper Pike, Ohio 44124                                )
                                                       )
        And                                            )
                                                       )
Frank Regalbuto, Jr. (as Parent and Next Friend        )
of Frank Regalbuto III, a minor)                       )
31100 Ainsworth Drive                                  )
Pepper Pike, Ohio 44124                                )
                                                       )
        And                                            )
                                                       )
Frank Regalbuto, Jr. (as Parent and Next Friend        )
of Marco Regalbuto, a minor)                           )
31100 Ainsworth Drive                                  )
Pepper Pike, Ohio 44124                                )
                                                       )
        And                                            )
                                                       )
Frank Regalbuto, Jr. (as Parent and Next Friend        )
of Nina Regalbuto, a minor)                            )
31100 Ainsworth Drive                                  )
Pepper Pike, Ohio 44124                                )
                                                       )
        And                                            )

Joseph Regalbuto, Sr.                                          )
7900 Gates Mills Estates                                      )
Gates Mills, Ohio 44040                                       )
                                                             )
        And                                      )
                                                             )
Joseph Regalbuto, Sr.  (as Parent and Next Friend    )
of Joseph Regabuto Jr., a minor)                             )
7900 Gates Mills Estates                                     )
Gates Mills, Ohio 44040                                      )
                                                             )
        And                                      )

Michael Regalbuto, Sr.                                        )
769 Village Trail                                            )
Gates Mills, Ohio 44040                                      )
                                                             )
        And                                      )
                                                             )
Michael Regalbuto, Sr. (as Parent and Next Friend    )
of Donte Regalbuto, a minor)                                )
769 Village Trail                                           )
Gates Mills, Ohio 44040                                      )
                                                             )
        And                                      )
                                                             )
Michael Regalbuto, Sr. (as Parent and Next Friend    )
of Gabriele Regalbuto, a minor)                             )
769 Village Trail                                           )
Gates Mills, Ohio 44040                                      )
                                                             )
        And                                      )
                                                             )
Michael Regalbuto, Sr. (as Parent and Next Friend    )
of Isabel Regalbuto, a minor)                               )
769 Village Trail                                           )
Gates Mills, Ohio 44040                                      )
                                                             )
        And                                      )
                                                             )
Michael Regalbuto, Sr. (as Parent and Next Friend    )
of Michael Regalbuto, Jr., a minor)                         )
769 Village Trail                                           )
Gates Mills, Ohio 44040                                      )
                                                             )

And                                            )
                                               )
Frank Regalbuto, Jr. (as Parent and Next Friend )
of Rachele Regalbulto, a minor)                )
31100 Ainsworth Drive                          )
Pepper Pike, Ohio 44124                         )
                                               )
        And                                    )
                                               )
Joseph Regalbuto, Sr. (as Parent and Next Friend )
of Nicholas Regalbuto, a minor)                )
7900 Gates Mills Estates                        )
Gates Mills, Ohio 44040                         )
                                               )
        And                                    )
                                               )
Michael Regalbuto, Sr. (as Parent and Next Friend )
of Renee Regalbuto, a minor)                    )
769 Village Trail                              )
Gates Mills, Ohio 44040                         )
                                               )
        And                                    )
                                               )
Reggie Homes, Incorporated                      )
797 Village Trail                              )
Gates Mills, Ohio 44040                         )
                                               )
        And                                    )
                                               )
Gina Rosson                                     )
c/o JoAnn Consolo                               )
777 Village Circle                             )
Gates Mills, Ohio 44040                         )
                                               )
        And                                    )
                                               )
Jane K. Russo                                   )
1930 Gulf Shore Boulevard                       )
Naples, Florida 34102                           )
                                               )
        And                                    )
                                               )
Frank Salvo                                     )
7561 Northwoods Court                           )
Concord, Ohio 44077                             )
                                               )

And                                                     )
                                                        )
Cristie Sciuva                                          )
37455 Fox Run                                           )
Solon, Ohio 44139                                       )
                                                        )
And                                                     )
                                                        )
Ray Sciuva                                              )
37375 Fox Run                                           )
Solon, Ohio 44139                                       )
                                                        )
And                                                     )
                                                        )
Salvatore Sciuva                                        )
7500 Liberty Road                                       )
Solon, Ohio 44139                                       )
                                                        )
And                                                     )
                                                        )
Theresa Sciuva                                          )
37455 Fox Run                                           )
Solon, Ohio 44139                                       )
                                                        )
And                                                     )
                                                        )
Albert Thomas Skinner                                   )
1435 Bethlehem Road                                     )
Paris, Kentucky 40361                                   )
                                                        )
And                                                     )
                                                        )
Betty Susteric                                          )
15123 Trails Landing                                    )
Strongsville, Ohio 44136                                )
                                                        )
And                                                     )
                                                        )
Ted Teresczuk Trust                                     )
13410 Ledgebrook Lane                                   )
Chagrin Falls, Ohio 44022                               )
                                                        )
And                                                     )
                                                        )
Gae Teresczuk                                           )
13410 Ledgebrook Lane                                   )

Chagrin Falls, Ohio 44022                    )
                                                      )

       And                           )

Charles Valentine                     )
7243 Pelican Bay Boulevard        )
Naples, Florida 34108               )
                                                        )

       And                           )

Virginia Vitantonio                  )
2110 Murray Hill Drive           )
Cleveland, Ohio 44106            )
                                                    )

       And                           )

Carol Voase                          )
11322 Glen Eagle Court           )
Concord, Ohio 44077              )
                                                    )

       And                           )

Charlene M. Warner                 )
35049 North Turtle Trail, Unit D    )
Willoughby, Ohio 44094          )
                                                    )

       And                           )

West Asphalt Paving Company      )
6829 Eastland Road                 )
Middleburg Heights, Ohio 44130    )
                                                    )

       And                           )

Paulette York                       )
5355 Summit Road                  )
Lyndhurst, Ohio 44124            )
                                                    )

       Plaintiffs                      )

          v.                       )     COMPLAINT
                                           )     (Plaintiffs Demand A Trial By
David A. Dadante                   )
4630 Jefferson Court             )
South Euclid, Ohio 44143        )

And )
 )
Stephen Glantz )
c/o Angelo Lonardo, Esq. )
75 Public Square, Suite 800 )
Cleveland, Ohio 44113 )
  And )
 )
Advest, Inc. )
90 State House Square )
Hartford, Connecticut )
 )
  And )
 )
Everin )
c/o Wachovia Securities LLC. )
Riverfront Plaza )
901 East Byrd Street )
Richmond, Virginia 23219 )
 )
  And )
 )
Ferris Baker Watts, Incorporated )
100 Light Street )
Baltimore, Maryland 21202 )
 )
  And )
 )
John Belgrade )
c/o Ferris, Baker, Watts, Incorporated )
100 Light Street )
Baltimore, Maryland 21202 )
 )
  And )
 )
Mark La Verghetta )
c/o Ferris, Baker, Watts, Incorporated )
100 Light Street )
Baltimore, Maryland 21202 )
 )
  And )
 )
H & R Block Financial Advisors, Inc. )
Investor Center )
4400 Blue Parkway )
Kansas City, Missouri 64130 )

      And                             )

McDonald & Company Investments    )
800 Superior Avenue E               )
Cleveland, Ohio 44114              )

      And                             )

Merrill Lynch & Co., Inc              )
4 World Financial Center             )
250 Vesey Street                   )
New York, New York 10080      )

      And                             )

Pershing, LLC                       )
P.O Box 2065                      )
Jersey City, New Jersey 07303-2065 )

      And                             )

Wachovia Securities LLC             )
Riverfront Plaza                   )
901 East Byrd Street               )
Richmond, Virginia 23219       )

      Defendants                     )


## COUNT ONE

(Violation of Section 10 (b) of the Securities and Exchange Act of 1934, 15 U.S.C. Section 10j

(b) and Securities And Exchange Commission Rule 10b-5, 17 C.F.R. 240.10b-5 by Dadante,

Glantz, Belgrade and La Verghetta, H & R Block Financial Services, Inc., McDonald &

Company, Merrill Lynch, Pershing and Wachovia)

1.   Plaintiffs are individuals or business entities residing or having their principal places of business at the addresses contained in the caption.

2.   Defendant David A. Dadante ("Dadante") is an individual presently residing at 4630 Jefferson Court, South Euclid, Ohio 44143.

3.   Defendant Stephen Glantz ("Glantz") is an individual whose address is c/o Angelo Lonardo, Esq., 75 Public Square, Suite 800 Cleveland, Ohio 44113.

4.   Defendant Advest, Inc. ("Advest") is a corporation having its principal place of business at 90 State House Square, Hartford, Connecticut. At all times material to this action Advest was a stock brokerage firm.

5.   Defendant Everin is a corporation having its principal place of business at c/o Wachovia Securities LLC, Riverfront Plaza, 901 East Byrd Street, Richmond, Virginia 23219. At all times material to this action Everin was a stock brokerage firm.

6.   Defendant Ferris Baker Watts, Incorporated ("FBW") is a corporation having its principal place of business at 100 Light Street, Baltimore, Maryland 21202. At all times material to this action FBW was a stock brokerage firm.

7.   Defendant John Belgrade ("Belgrade") is an individual having an office at 100 Light Street, Baltimore, Maryland 21202. At all times material to this action Belgrade was employed as a trader by FBW.

8.   Defendant Mark La Verghetta ("La Verghetta") is an individual having an office at 100 Light Street, Baltimore, Maryland 21202. At all times material to this action La Verghetta was employed as a trader by FBW.

9.   Defendant H & R Block Financial Advisors, Inc. ("H & R Block") is a corporation having its principal place of business at Investor Center 4400 Blue Parkway, Kansas City, Missouri 64130. At all times material to this action H & R Block was a stock brokerage firm.

10.   Defendant McDonald & Company Investments ("McDonald") is a corporation having its principal place of business at 800 Superior Avenue E., Cleveland, Ohio 44114. At all times material to this action McDonald was a stock brokerage firm.

11.   Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch") is a corporation having its principal place of business at 4 World Financial Center, 250 Vesey Street, New York, New York 10080. At all times material to this action Merrill Lynch was a stock brokerage firm.

12.   Defendant Pershing LLC ("Pershing") is a corporation having its principal place of business at P.O. Box 2065, Jersey City, New Jersey 07303-2065. At all times material to this action Pershing was a stock brokerage firm.

13.   Defendant Wachovia Securities, LLC. ("Wachovia") is a corporation having its principal place of business at Riverfront Plaza, 901 East Byrd Street, Richmond, Virginia 23219. At all times material to this action Wachovia was a stock brokerage firm.

14.   Some time prior to 1998 Dadante, a resident of the Cleveland, Ohio area, created an investment vehicle that he called the IPOF fund. IPOF Fund, the name used by Dadante, was a "doing business as" designation for Coffee King, Inc., an Ohio corporation. Dadante actively promoted the

IPOF fund and managed the monies that were ultimately deposited with the IPOF fund. Dadante developed and distributed promotional literature and created a contract for use by persons who deposited money in the IPOF fund. As described by Dadante in the promotional literature relating to the IPOF fund that Dadante developed and distributed to depositors, the IPOF fund had a very specific and limited mission. Dadante specified both in the promotional literature and in the contract signed by depositors to the IPOF fund that money deposited in the IPOF fund would be used solely to purchase blocks of stock in initial public offerings which IPO stock was expected to rise in value quickly and would be sold by the IPOF fund almost immediately after purchase in order to generate significant profits. Dadante told IPOF fund depositors that he had strong connections at the highest levels of the securities industry and that those connections would alert Dadante as to which initial public offerings would generate significant profits for the IPOF fund. Dadante did not have such contacts and was not privy to any special information.

15. Each of the plaintiffs deposited money in the IPOF fund which money Dadante placed in bank accounts titled to Coffee King, Inc., received promotion literature relating to the IPOF fund from Dadante and signed a depositor's contract. In addition to delivering the aforedescribed promotional literature to each of the plaintiffs, Dadante told each plaintiff that the IPOF fund would return in excess of twenty per cent (20%) per year to its depositors. Dadante did not tell plaintiffs that he was operating

a "Ponzi Scheme" and that money being paid to IPOF fund depositors as "returns" was derived from the deposits of other IPOF fund participants. Dadante also told each of the plaintiffs that the IPOF fund monies would be kept in accounts established at Goldman, Sachs and at Merrill, Lynch which accounts would be insured up to Fifty Million Dollars ($50,000,000.00) and that the IPOF fund monies in the Goldman, Sachs and Merrill, Lynch accounts would be used only (i) to purchase initial public offering stock, (ii) to return profits to IPOF fund participants and (iii) to pay the reasonable and necessary expenses of the IPOF fund including a reasonable management fee to Dadante. Dadante never placed any money deposited to the IPOF fund in accounts at either Merrill Lynch or Goldman, Sachs and did not truthfully report to plaintiffs what was being purchased with IPOF Fund money. Dadante prepared phony documents to hide his activities from plaintiffs.

16. Each of the plaintiffs, at the time of their initial deposits with Dadante in the IPOF fund, signed the agreement prepared by Dadante that memorialized the deposit and stated what Dadante could do with the deposited funds. In the document signed by each of the plaintiffs at the time he or she deposited money with Dadante, he or she was identified as "depositors" and Dadante was identified as the "President" of the IPOF fund. None of the plaintiffs signed any document that identified them as partners, limited or general, in any enterprise with which Dadante was affiliated.

17.    Glantz, while employed at Advest, Everin and FBW, was a broker who handled certain stock trades that Dadante made with the money deposited with the IPOF fund, money that was held in accounts titled to Coffee King, Inc., which stock trades were undertaken by Glantz and Dadante without the knowledge and consent of plaintiffs as IPOF fund depositors. Glantz knew from whom Dadante had received the money that was in the IPOF fund and Glantz knew the extent of Dadante's authority to invest money deposited in the IPOF fund as had been stated by Dadante to depositors in the promotional literature and in the contract that IPOF fund depositors signed.  Glantz and Dadante were aware that Dadante was using IPOF fund money to make those stock trades and that those trades were beyond the scope of Dadante's authority as the IPOF fund manager and were not suitable transactions for the IPOF fund.  Glantz and Dadante knowingly engaged in activities using IPOF fund money which activities were designed to maximize the commission paid to Glantz due to stock trades made by Dadante and the IPOF fund.  Glantz and Dadante knew that Dadante was not authorized to open accounts at Advest Everin and FBW using money the plaintiffs had deposited in the IPOF Fund.  Dadante did not tell plaintiffs that he had opened accounts at Advest, Everin and FBW with IPOF fund money.  Glantz knew that Dadante had never told plaintiffs that Dadante had used IPOF fund money to establish accounts at Advest, Everin and FBW.

18.   Glantz and other persons employed by Advest, Everin and FBW knew that several officers and directors of a Georgia corporation called Innotrac, Corporation. ("Innotrac") had options to purchase Innotrac stock at relatively low prices.  Innotrac stock was thinly traded and there was little or no market for the Innotrac stock that those officers and directors could purchase at favorable prices with their options.  Those Innotrac officers and directors entered into an arrangement with Glantz and Dadante whereby Dadante knowingly used IPOF fund money to purchase large amounts of Innotrac stock from those officers and directors of Innotrac at artificially high prices thereby creating substantial profits for those Innotrac officers and directors and generating large commissions for Glantz and Advest, Everin and FBW.  Dadante did not tell plaintiffs that he was using IPOF fund money to purchase shares of Innotrac.  Glantz knew that Dadante was not authorized to use IPOF fund money to purchase shares of Innotrac and that Dadante did not tell plaintiffs that Innotrac shares were being purchased with IPOF fund money.

19.   In or about 2002 Dadante with the knowing assistance of Glantz began using IPOF fund money to purchase the shares of Innotrac primarily from officers and directors of Innotrac.  Glantz had prearranged with the Innotrac officers and directors for them to make their option shares of Innotrac available for purchase by Dadante with IPOF fund money.  Virtually all of the Innotrac stock that Dadante purchased with IPOF fund money were shares that those Innotrac officers and directors had

purchased with their stock options and then made available for sale to Dadante.    By the time that the plaintiffs discovered Dadante's improprieties relating to the IPOF fund, that discovery occurring in or about November 2005, Dadante had used IPOF fund money to purchase approximately Four Million Three Hundred Thousand (4,300,000) shares of Innotrac.  To enable Dadante to maintain his position in Innotrac stock Glantz enlisted Belgrade and La Verghetta to assist him and Dadante in maintaining the price of Innotrac stock at an artificially high level.  Glantz, Dadante, Belgrade and La Verghetta knowingly used methods that included, but were not limited to, the following to maintain Innotrac stock at an artificially high level.

  a.  Marking the close;

  b.  Numerous incremental purchases;

  c.  Wash sales;

  d.  Cross sales, and

  e.  Artificial bids.

Belgrade and La Verghetta, as experienced traders, knew that the actions they were taking with regard to Dadante's accumulation of Innotrac shares were not proper.  In or about March 2007 and in or about September 2007 plaintiffs discovered many more specifics about the methods knowingly used by Glantz, Dadante, Belgrade and La Verghetta to maintain Innotrac

shares at an artificially high price. Neither Dadante, Glantz, Belgrade nor La Verghetta advised plaintiffs of the methods being used to artificially maintain the price of the Innotrac shares purchased by Dadante using IPOF fund money.

20. The arrangement between Glantz, Dadante, Belgrade and La Verghetta whereby Dadante improperly using IPOF fund money to purchase Innotrac stock primarily from Innotrac officers and directors constituted a manipulative device, scheme or artifice in connection with the purchase or sale of securities. Dadante and Glantz enlisted the aid of H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia to perpetuate their manipulative, fraudulent scheme to accumulate Innotrac, Inc. stock paid for by IPOF Fund money. By virtue of their roles in knowingly using IPOF Fund money to purchase Innotrac stock primarily from Innotrac officers and directors at artificially high prices as described above, concealing vitally important facts from plaintiffs and then maintaining that Innotrac stock at an artificially high level, Dadante, Glantz, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia violated, among other provisions, Section 10 (b) of the Securities and Exchange Act of 1934, as amended, 15 U.S.C. 10j (b) and Securities and Exchange Commission Rule 10b-5, 17 C.F.R. 240.10b-5.

21. The shares of Innotrac purchased by Dadante with IPOF Fund money as a result of the manipulative device, scheme and artifice knowingly created and knowingly operated by Dadante, Glantz, Belgrade and La Verghetta,

H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia as alleged herein are now worth substantially less than Dadante had paid for those shares and due to the nature of the market and the demand for Innotrac stock those shares are virtually not salable. Since Dadante was improperly using IPOF fund money to purchase those Innotrac shares, the actual losers in the manipulative device, scheme and artifice used by Dadante, Glantz, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia as alleged herein are the plaintiffs who had deposited money with Dadante.

22.     As a direct and proximate result of the unlawful activities of Dadante, Glantz, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia undertaken with scienter, as described herein, each of the plaintiffs has lost all of the money each of them deposited in the IPOF fund. Further, as a direct and proximate result of the unlawful activities of Dadante, Glantz, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia undertaken with scienter, as described herein, each of the plaintiffs has suffered additional economic losses and has been caused to suffer mental and physical pain, suffering, humiliation and anguish. Dadante, Glantz, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia are jointly and severally liable to each of the plaintiffs for the losses that each of the plaintiffs sustained as a direct and proximate result of the manipulative device, scheme, and artifice that

induced Dadante to purchase shares of Innotrac primarily from officers and directors of Innotrac at artificially high prices and then maintain those artificially high prices.

23. The actions of Dadante, Glantz, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia described herein were taken willfully, wantonly, maliciously and in reckless disregard for the rights of the plaintiffs.

COUNT TWO

(Violation of Section 20 (a) of the Securities Exchange Act of 1934, 15 U.S.C. Section 78t (a) by Advest, Everin and FBW)

24. Plaintiffs reallege paragraphs 1 through 23 of this Complaint.

25. At various times material to this action and at all times during which the manipulative devices, schemes and fraudulent activities described in Count One above were operating, Advest and Everin were the employer of Glantz and FBW was the employer of Glantz, Belgrade and La Verghetta. Advest, Everin and FBW benefited economically in the form of substantial commissions generated from the massive amount of trading by Dadante in Innotrac stock. Advest and Everin were each a "control person" over Glantz and FBW was a "control person" over Glantz, Belgrade and La Verghetta. Advest, Everin and FBW knew or should have known that their employees, Glantz, Belgrade and La Verghetta,

were engaging in the manipulative device, scheme and artifice that violated Section 10b of the Securities and Exchange Act, 15 U.S.C. Section 78(b) and Rule 10b-5, 17 C.F.R. 240.10b-5 that caused damage to the plaintiffs. Advest's, Everin's and FBW's failure to maintain control over and failure to properly supervise Glantz, Belgrade and La Verghetta included, but was not limited to, the following acts:

a. Failing to investigate Glantz's background which investigation would have revealed Glantz's history of misconduct as a broker;

b. Ignoring direct requests that Dadante's authority to purchase Innotrac shares be verified;

c. Allowing such large purchases of a thinly traded stock by a single individual to continue for so long a period;

d. Placing restrictions on the purchase of shares of Innotrac by Dadante then failing to enforce those restrictions, and

e. Permitting Dadante to work directly through FBW's trading desk to accumulate Dadante's position in the Innotrac stock.

As relates to the trading by Dadante of Innotrac stock with IPOF Fund money, Advest, Everin and FBW did not act in good faith.

26.    Advest, Everin and FBW as "control persons" as defined in Section 20 (a) of the Securities Exchange Act of 1934, 15 U.S.C. Section 78t (a), are jointly and severally liable with Glantz, Belgrade and La Verghetta for the economic losses and consequential damages each plaintiff suffered as a direct and proximate result of the manipulative device, scheme and artifice of Belgrade, La Verghetta and Glantz as alleged herein.

COUNT THREE

(RICO Violation)

27.    Plaintiffs reallege paragraphs 1 through 26 of this Complaint.

28.    Defendants Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia, in conjunction with Dadante and Glantz engaged in a pattern of racketeering activity as that term is defined by Federal Statute. Each time Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia participated in or facilitated the purchase of Innotrac stock by Dadante, Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia engaged in a predicate

violation of the Racketeering Influenced and Corporate Organization ("RICO") Act, 18 U.S.C. Sections 1961 et seq. The predicate acts of Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia undertaken in violation of RICO caused each of the plaintiffs in this case to sustain injury. As a direct and proximate result of the RICO violations of Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia, each of the plaintiffs sustained personal economic injury due to the losses incurred by the IPOF fund attributable to purchases of Innotrac, Inc. stock.

29.   Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia are each jointly and severally liable to each plaintiff pursuant to RICO in amounts equal to three (3) times that plaintiff's losses attributable to the purchase of Innotrac, Inc. stock by the IPOF fund.

## COUNT FOUR

### (Common Law Fraud)

30.   Plaintiffs reallege paragraphs 1 through 29 of this Complaint.

31.   Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R.Block, McDonald, Merrill Lynch, Pershing and Wachovia by their

actions, individually and in concert with one another, as described herein knowingly defrauded each of the plaintiffs. Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia committed their fraudulent acts willfully, wantonly, maliciously and in reckless disregard for the rights of plaintiffs.

WHEREFORE plaintiffs request that this Honorable Court:

a. Find that Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia violated Section 10 (b) of the Securities Exchange Act of 1934, 15 U.S.C. Section 78j (b), Rule 10b-5, 17 C.F.R. Section 240.10b-5, RICO, 18 U.S.C. Sections 1961 et seq. and committed fraud and that Advest, Everin and FBW violated Section 20 (a) of the Securities Exchange Act of 1934, 15 U.S.C. Section 78t (a);

b. Grant each plaintiff judgment against Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia, jointly and severally, in an amount equal to the economic losses that each plaintiff has suffered;

c. Grant each plaintiff judgment against Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill

Lynch, Pershing and Wachovia, jointly and severally, in an amount equal to three (3) times the economic losses each plaintiff has suffered;

d.   Grant each plaintiff judgment against Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia, jointly and severally, for compensatory damages to be determined at trial but in no event less than One Hundred Thousand Dollars ($100,000.00) per plaintiff;

e.   Grant each plaintiff judgment against Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia, jointly and severally, for punitive damages to be determined at trial but in no event less than Two Hundred Fifty Thousand Dollars ($250,000.00) per plaintiff;

f.   Grant each plaintiff judgment against Dadante, Glantz, Advest, Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia, jointly and severally, for interest on all sums found to be due to each plaintiff;

g.   Grant plaintiffs judgment against Dadante, Glantz, Advest Everin, FBW, Belgrade and La Verghetta, H & R Block, McDonald, Merrill Lynch, Pershing and Wachovia, jointly and severally, for the costs of this action including the reasonable attorney fees incurred by plaintiffs in the prosecution of this action, and

h.   Grant plaintiffs any further relief that this Court deems to be equitable and just.

Michael J. Cheselka, Jr. (Ohio Bar Registration No. 0076667)
MICHAEL J. CHESELKA, JR. LLC
75 Public Square, Suite 920
Cleveland, Ohio 44113-2084
(216) 696-0442
FAX:   (216) 696-0075
E-Mail:  michael@mcheselka.org
Attorney For Plaintiffs