IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK E. DOTTORE, | ) | CASE NO. 08-CV-02434 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| H&R BLOCK FINANCIAL ADVISORS, INC., | ) | |
| Defendant. | ) | |
| SHELDON GORDON, et al., | ) | CASE NO. 05-CV-2726 |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| DAVID DADANTE, et al., | ) | |
| Defendants. | ) | |
| MARK SMALL, et al., | ) | CASE NO. 06-CV-1721 |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| FRANK REGALBUTO, et al., | ) | |
| Defendants. | ) | |
| NANCY AMANTEA, et al., | ) | CASE NO. 07-CV-3233 |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| DAVID DADANTE, et al., | ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT WITH H&RB
## AND DISMISSAL OF CLAIMS

On October 14, 2011, the Receiver filed its Motion for Order Approving Settlement and for Ancillary Orders regarding the Settlement Agreement (ECF No. 535) (the "Motion for Approval"). The Motion for Approval attached as an exhibit the Settlement Agreement between the Receivership Estate and H&R Block Financial Advisors, LLC ("H&RB"), now known as Ameriprise Financial Services, Inc. (the "Settlement Agreement"). Notice was given to all parties and interested persons, and a hearing was held December 15, 2011 at which all parties were entitled to present Objections. No objections were presented at the December 15, 2011 hearing and none have been filed.

The Court hereby finds that the settlement detailed in the Settlement Agreement is fair and reasonable, and is in the best interest of the Receivership Estate. The Court hereby grants the Receiver's Motion for Approval. The Settlement Agreement provides, among other things, that an Order shall issue barring and/or enjoining and dismissing with prejudice certain claims which are or could be asserted against H&RB in the above-captioned actions (the "Bar Order"). The Court hereby finds that the proposed Bar Order, submitted as Exhibit 4 to the Receiver's Motion for Approval, is fair and reasonable, and is in the best interest of the Receivership Estate. The proposed Bar Order is hereby approved and will be separately entered by the Court.

Pursuant to this Order approving the Settlement Agreement, Case No. 08-CV-02434 is hereby dismissed with prejudice, including all claims asserted against H&RB therein. As a result, there are no claims or parties remaining in Case No. 08-CV-02434.

- 3 -

Pursuant to this Order approving the Settlement Agreement, all claims asserted against H&RB in Case No. 05-CV-2726 are hereby dismissed with prejudice. This dismissal has no impact on claims as to other parties in Case No. 05-CV-2726.

Pursuant to this Order approving the Settlement Agreement, all claims asserted against H&RB in Case No. 06-CV-1721 are hereby dismissed with prejudice. This dismissal has no impact on claims as to other parties in. Case No. 06-CV-1721.

Pursuant to this Order approving the Settlement Agreement, all claims asserted against H&RB in Case No. 07-CV-3233 are hereby dismissed with prejudice. This dismissal has no impact on claims as to other parties in Case No. 07-CV-3233.

The Court shall have and retain jurisdiction over the parties for all matters related to the administration, interpretation, effectuation, or enforcement of this Order, the Settlement Agreement between and among H&RB and IPOF, the Bar Order entered by this Court as referenced in the Settlement Agreement and applicable to the claims in each of the captioned cases, and any other related disputes.

There is no just reason for delay in the entry of final judgment as to all claims and parties in Case No. 08-CV-02434. There is no just reason for delay in the entry of final judgment as to H&RB in Case Nos. 1:05-CV-2726, 06-CV-1721, and Case No. 07-CV-3233, and the Court hereby directs the clerk to enter judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure in the captioned cases accordingly.

IT IS SO ORDERED.

Dated: February 8, 2012

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge